Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

SDNY PRO SE
2018 JUL 24  PM 3: 28
S.D. OF N.Y.

---

**Robert Romano**
Write the full name of each plaintiff or petitioner.

Case No. 15 cv 07387

-against-

**Santander Holdings USA, Inc.**
**Santander Bank, N.A.**
Write the full name of each defendant or respondent.

Letter re: Memo Endorsement

Plaintiff, Robert Romano, proceeds Pro Se in the above captioned matter and writes in response to your Honor's Memo Endorsement. Plaintiff first had the ability to meet with the Pro Se Clinic today, 7/23/18, and respectfully requests an extension of time to incorporate the necessary changes with his written objections to the Report & Recommendation for Your Honor's review. The extension of time will not affect any other scheduled dates as there are no future scheduled dates. Pro Se Plaintiff truly appreciates any time & consideration given.

7/23/18
Dated

Signature

Name: Robert Romano

Address: 1 Jefferson Ave Apt G11   City: Rockville Centre   State: NY   Zip Code: 11570

Telephone Number: (516) 268-5398

E-mail Address: robert.romano@jd.com

SDNY Rev: 5/20/2016